| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Wallace, J. Clifford | 2. Court or Organization  United States Court of Appeals for the Ninth Circuit | 3. Date of Report  07/18/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Circuit Judge - Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address  United States Courthouse 221 W. Broadway, Ste. 4192 San Diego, CA 92101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Pacific Judicial Council |
| 2. | Advisor | Thailand Judicial Training Institute |
| 3. | Member | Council of Visitors of California Western School of Law |
| 4. | Member | ABA Asia Rule of Law Initiative |
| 5. | Member | William H. Rehnquist Center's National Board of Academic Advisors |
| 6. | Member | ABA-UNDP Advisory Committee |
| 7. | Member | National Committee on United States-China Relations |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 07/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society Sixth Annual Transatlantic Law Forum | 2/14/13 to 2/16/13 | Arlington, VA | Lecturer | Transportation, lodging, food expenses |
| 2. | The U.S. Russia Foundation Third Saint Petersburg Int'l Legal Forum | 5/15/13 to 5/18/13 | Saint Petersburg, Russia | Lecturer | Transportation, expenses |
| 3. | Furth Family Foundation Int'l Judicial Conference | 5/20/13 to 5/24/13 | Berlin, Germany | Lecturer | Transportation, expenses |
| 4. | Conference of Chief Justices of Central and Eastern Europe | 6/23/13 to 6/27/13 | Montenegro | Lecturer | Transportation, expenses |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Wallace, J. Clifford** | 07/18/2014 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | Church of Jesus Christ Latter-day Saints | 7/12/13 | Salt Lake City, UT | Meeting with sponsor Bill Atkin and Judge Gordon Low | Transportation, expenses |
| 6. | Religion and Rule of Law Symposium | 7/18/13 to 7/26/13 | Beijing, China | Lecturer | Transportation, expenses |
| 7. | Church of Jesus Christ Latter-day Saints | 7/27/13 to 8/1/13 | Ulaanbaatar, Mongolia | Meetings with high ranking Mongolian officials re the U.S. judicial system | Transportation, expenses |
| 8. | BYU Certificate Training Program - Religion and Rule of Law | 9/16/13 to 9/22/13 | Ho Chi Minh City, Vietnam | Lecturer | Transportation, expenses |
| 9. | 2013 Pacific Judicial Council Biennial Conference | 9/22/13 to 9/26/13 | Guam | Lecturer | Transportation, expenses |
| 10. | Palau Judicial Conference | 9/27/13 to 9/30/13 | Koror, Palau | Lecturer | Transportation, expenses |
| 11. | Brigham Young University Law & Religion Symposium | 10/3/13 to 10/4/13 | Salt Lake City, UT | Lecturer | Transportation, expenses |
| 12. | Conference of Chief Justices of Asia & the Pacific | 10/26/13 to 10/31/13 | Singapore | Lecturer | Expenses |
| 13. | Church of Jesus Christ Latter-day Saints | 10/31/13 to 11/2/13 | Kuala Lumpur, Malaysia | Meetings with several dignitaries in Malaysia; judicial presentation | Transportation, expenses |
| 14. | Church of Jesus Christ Latter-day Saints | 11/2/13 to 11/6/13 | Bangkok, Thailand | Meetings with dignitaries; lecture | Transportation, expenses |
| 15. | Global Counterterrorism Forum | 11/13/13 to 11/16/13 | Washington, D.C. | Lecturer | Transportation, expenses |
| 16. | 1st Asia and Pacific International Colloquium on Environmental Rule of Law | 12/8/13 to 12/14/13 | Kuala Lumpur | Lecturer | Transportation, expenses |
| 17. | Church of Jesus Christ Latter-day Saints | 12/15/13 to 12/16/13 | Hong Kong | Meetings | Transportation, expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 07/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Transwest Credit Union | B | Int./Div. | M | T | | | | | |
| 2. Changing Parameters | | None | N | T | | | | | |
| 3. Changing Parameters Annuity | | None | M | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 07/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wallace, J. Clifford | 07/18/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Clifford Wallace**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544